IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01458-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

KURT M. OVERTURF,

    Plaintiff,

v.

19TH JD DISTRICT COURT JUDGE KOPOCOW, in that capacity,
LCSW BRANDON WILLIAMS, Weld County Jail, in that capacity,
WELD COUNTY JAIL COMMANDER, in that capacity,
MAY 20TH, 2013 WELD JURY CLERK MS. PARRIN, in that capacity, and
COUNSEL ROBERT E. RAY, in that capacity,

    Defendants.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Kurt Overturf, currently resides in Greeley, Colorado.  Mr. Overturf has submitted a Complaint (ECF No. 1), an amended Complaint (ECF No. 5), and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, characterized as "Finding and Order Concerning Payment of Filing Fees" (ECF No. 6).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted documents are deficient as described in this order.  Mr. Overturf will be directed to cure the following if he wishes to pursue his claims.  Any papers that Mr. Overturf files in response to this order must include the civil action number on this order.

**Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915**:
(1) ___ is not submitted
(2) _X_ is not on proper form (must use the Court's current form)
(3) ___ is missing original signature by Plaintiff

(4)  __  is missing affidavit
(5)  __  affidavit is incomplete
(6)  __  affidavit is not notarized or is not properly notarized
(7)  __  names in caption do not match names in caption of complaint, petition or application
(8)  __  other:

**Complaint or Petition**:
(9)   __  is not submitted
(10)  X   is not on proper form (must use the Court's current form)
(11)  X   is missing an original signature by Plaintiff
(12)  __  is incomplete
(13)  __  uses et al. instead of listing all parties in caption
(14)  __  names in caption do not match names in text
(15)  __  addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(16)  __  other:

Accordingly, it is

ORDERED that Mr. Overturf cure the deficiencies designated above **within thirty days from the date of this order**. Any papers that Mr. Overturf files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Mr. Overturf shall obtain the Court-approved form used in filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that if Mr. Overturf fails to cure the designated deficiencies **within thirty days from the date of this order** the Complaint, amended Complaint, and the action will be dismissed without further notice.

DATED June 12, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge