IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01458-BNB

KURT M. OVERTURF,

    Plaintiff,

v.

19TH JD DISTRICT COURT JUDGE KOPOCOW, in that capacity,
LCSW BRANDON WILLIAMS, Weld County Jail, in that capacity,
WELD COUNTY JAIL COMMANDER, in that capacity,
MAY 20TH, 2013 WELD JURY CLERK MS. PARRIN, in that capacity, and
COUNSEL ROBERT E. RAY, in that capacity,

    Defendants.

## ORDER OF DISMISSAL

    Plaintiff, Kurt Overturf, currently resides in Greeley, Colorado. Mr. Overturf submitted a Complaint (ECF No. 1), a motion titled "Move to Remove to Federal Court From 19JD District Court & 2nd Join" (ECF No. 3), an amended Complaint (ECF No. 5), and a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 characterized as "Finding and Order Concerning Payment of Filing Fees" (ECF No. 6).

    The Court reviewed the documents and determined they were deficient. Therefore, on June 12, 2013, Magistrate Judge Boyd N. Boland entered an order (ECF No. 7) directing Mr. Overturf to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

    The June 12 order pointed out that Mr. Overturf failed to submit his Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and amended Complaint

on the proper, Court-approved forms. The June 12 order also pointed out that Mr. Overturf failed to sign the amended Complaint. The order directed him to obtain the Court-approved forms for filing a Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Complaint from the Court's website, www.cod.uscourts.gov. The June 12 order warned Mr. Overturf that if he failed to cure the designated deficiencies within thirty days, the action would be dismissed without prejudice and without further notice.

Mr. Overturf has failed to cure the designated deficiencies as directed within the time allowed, or otherwise to communicate with the Court in any way. Therefore, the action will be dismissed without prejudice for Mr. Overturf's failure to cure the designated deficiencies as directed within the time allowed, and for his failure to prosecute.

Finally, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Mr. Overturf files a notice of appeal he also must pay the full $455.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the amended Complaint (ECF No. 5) and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Plaintiff, Kurt M. Overturf, to cure all the deficiencies

designated in the order to cure of June 12, 2013, within the time allowed, and for his failure to prosecute. It is

FURTHER ORDERED that the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 6) is denied as moot. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied. It is

FURTHER ORDERED that any other pending motions are denied as moot.

DATED at Denver, Colorado, this  22nd  day of   July  , 2013.

BY THE COURT:

s/ Lewis T. Babcock
LEWIS T. BABCOCK
Senior Judge, United States District Court